### UNITED STATES of America, Plaintiff–Appellee

v.

### Martin NETRO–DE LEON, Defendant–Appellant.

### No. 15–40351
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Martin Netro De–Leon raises an argument that is foreclosed by *United States v. Martinez–Lugo*, 782 F.3d 198 (5th Cir. 2015), *petition for cert. filed* (June 19, 2015) (No. 14–10355). In *Martinez–Lugo*, 782 F.3d at 204–05, we held that an enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity.

Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.